

1000 Dean Street, Suite 422
Brooklyn, New York 11238

Tel: 718.875.1850
Fax: 718.230.0582

www.bonjeanlaw.com

February 13, 2020

<u>**VIA ECF**</u>
The Honorable Karen M. Williams
United States District Court
District of New Jersey, Camden Vicinage
Mitchell H. Cohen Building
4th and Cooper Streets
Camden, NJ  08101

                **RE:**    *Weinman v. Cannon, et al.* 19-CV-18948

Dear Your Honor:

      Please be advised that the parties conferred regarding the discovery of digital information. Defendant Wildwood has identified the various sources of potential discovery that are maintained by the department electronically and the parties do not anticipate any issues with the production of that material.

                                                  Regards,

                                                  <u>/S/ASHLEY COHEN</u>

cc:     Thomas Reynolds
        Patrick Madden
        James Birchmeier