IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMILY WEINMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER THOMAS CANNON, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 19-18948 |

**ORDER**

**AND NOW**, this 1st day of June 2020, it is hereby **ORDERED** that a telephone status call in the above-captioned case will be held on **June 12, 2020 at 10:00 a.m**.  Chambers will provide counsel of record with the dial-in information before the telephone conference.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.