IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

EMILY WEINMAN,

    Plaintiff,

  v.

OFFICER THOMAS CANNON, et al.,

    Defendants.

CIVIL ACTION
NO. 19-18948

**ORDER**

**AND NOW**, this 9th day of June 2020, it is hereby **ORDERED** that the telephone status call in the above-captioned case originally scheduled for June 12, 2020 at 10:00 a.m. is **RESCHEDULED** to **June 16, 2020 at 11:00 a.m.** Chambers will provide counsel of record with the dial-in information before the telephone conference.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.