**BIRCHMEIER & POWELL LLC**
COUNSELLORS AT LAW
1891 STATE HIGHWAY 50
PO BOX 582
TUCKAHOE NJ 08250-0582
(609) 628-3414
(609) 628-2966 (FAX)
info@birchmeierlaw.com
www.birchmeierlaw.com

JAMES R. BIRCHMEIER º*
ERIN R. THOMPSON
EDWARD N. ROMANIK
SANDRA A. SORANTINO

_____
DONALD A. POWELL
    RETIRED

º CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
*ALSO MEMBER PA. BAR

GLOUCESTER COUNTY OFFICE
53 NEWTON AVENUE
WOODBURY NJ 08096

**Please reply to Tuckahoe Office**

OUR FILE NO.   13,294.1J                November 19, 2020
          via email: Chambers_of_Magistrate_Judge_Carol_Sandra_Moore_Wells@paed.uscourts.gov

Honorable Carol Sandra Moore Wells, U.S.M.J.
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
13614 U.S. Courthouse
Philadelphia, PA 19106

Re:   **Emily Weinman v. City of Wildwood**
      **Docket No. 1:19-cv-18948**

Dear Judge Wells:

As Your Honor is aware, this office represents the interests of the defendants Officer Robert Jordan and the City of Wildwood in this matter. This matter was the subject of nonbinding mediation before Your Honor on November 4, 2020, which resulted in a proposed monetary settlement of $325,000.00 subject to the approval by the Atlantic County municipal joint insurance fund. I am happy to inform Your Honor that this proposed settlement has been approved.

Under separate cover, I will provide the plaintiff's attorney with a proposed Release and Settlement Agreement that will include the terms and conditions that were discussed during the course of the mediation.

In reviewing the PACER entries, I note that the Court has already entered an Order of Dismissal as to the individual defendants. Once the appropriate closing documents have been executed and the settlement draft delivered to the plaintiff's attorney, the appropriate Stipulation of Dismissal as to the claims against the City of Wildwood will be filed with the Court.

-2-

I would like to take this opportunity to thank Your Honor for the time spent in bringing this matter to a conclusion. Happy Thanksgiving to you and yours.

Respectfully submitted,
**BIRCHMEIER & POWELL LLC**

JAMES R. BIRCHMEIER

JRB:amt
cc: Ashley Cohen, Esquire
    Patrick J. Madden, Esquire
    Thomas B. Reynolds, Esquire
    William Kissane, Qual-Lynx (Claim No. 2018144229)